# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD E. SANDUSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1074-WEB |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF THE SOCIAL SECURITY ) | |
| ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING RECOMMENDATION AND REPORT

Plaintiff seeks review of the Defendant's denial of disability insurance benefits and supplemental security income payments. 42 U.S.C. § § 423 and 1381 *et seq*. The matter was referred to Magistrate Judge Reid for a recommendation and report pursuant to Fed. R. Civ. P. 72(b). Now before the Court is the Recommendation and Report of Magistrate Judge Reid. (Doc. 10). Neither party has filed a written objection.

The Magistrate Judge found that the administrative law judge (ALJ) erred by failing to consider medical records and opinions from various medical providers. On remand, the ALJ is instructed to consider the medical records of Plaintiff's treating sources and to recontact the providers if the ALJ does not have enough information from these opinions to make proper findings. The Magistrate Judge further found that the ALJ erred in his step four analysis when he failed to comply with the requirements of SSR 82-62 in making his findings at step four.

It is therefore ORDERED that the decision of the Commissioner be REVERSED, and that the case be REMANDED for further proceedings (sentence four remand) for the reasons set forth

in the Magistrate Judge's Recommendation and Report.

The Clerk of the Court is directed to enter Judgment accordingly.

SO ORDERED this <u>10th </u>day of January, 2007.


<u>s/Wesley E. Brown       </u>
Wesley E. Brown
U.S. Senior District Judge